# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-03606-JFW-PDx                    Date 9/27/24

Title: Larry Dunn v. Big Q Auto Repair LLC et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                          Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒  Other NOTICE of Voluntary Dismissal filed by PLAINTIFF  [22] - Make JS-6

☐  Entered _____.

Initials of Preparer _____ sr _____